# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRYLEE R TAKESENEMY,**<br><br>Defendant. | PO-18-05076-BLG-TJC<br>Violation No. 6610154, 6610152, and 6610153.<br>Location Code: M14<br><br>**ORDER TO AUTHORIZE PAYMENT PLAN AND VACATE INITIAL APPEARANCE** |

Upon the unopposed motion of the United States (Doc. 5) and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $340.00 for Violation Notices 6610154, 6610152, and 6610153 in three installments consisting of $100.00 on the first day of each month from December 2018 through February 2019 and one installment of $40.00 on the first day March 2019.

IT IS FURTHER ORDERED that the Initial Appearance set for October 2, 2018 at 9:00 a.m. is VACATED.

DATED this 2nd day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge